569 A.2d 1222

**Richard J. THIEL**

v.

**STATE of Maryland.**

No. 158, Sept. Term, 1989.

Court of Appeals of Maryland.

Feb. 16, 1990.

John J. Yannone (Eugene M. Zoglio, P.A.), Bowie, for petitioner.

Jillyn K. Schulze, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen.), Baltimore, for respondent.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and CHASANOW, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari in the above entitled case, it is this 16th day of February, 1990

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals is hereby vacated and the case is remanded to that court for consideration in light of *Lemmon v. State,* 318 Md. 365, 568 A.2d 48 (1989).